# Exhibit 3

**Agreement of Paris Pro Typeface from March 25, 2015:**

End User License Agreement – Paris Pro Typeface

PLEASE READ THE FOLLOWING CAREFULLY this is a binding legal agreement
This End User License Agreement (hereinafter "Agreement", "EULA," "License," or "License Agreement") is a binding contract between you, or, if you represent a legal entity, that legal entity (hereinafter "Font User") and Moshik Nadav LLC (hereinafter "Font Owner"), and is applicable to the Font Software that the Font User have ordered online via the Font Owner or any of its distributors.

This Agreement governs the terms of use of the Font Software and the design of the Fonts and Typeface embodied therein.

This Agreement becomes effective (a) when you click on the area marked "I ACCEPT THE LICENSE AGREEMENT," or (b) if you are acquiring the Font Software as a compressed archive delivered via e-mail attachment or any other intangible medium for that matter. By downloading and/or installing and/or using this Font Software you hereby agree to be bound by the terms of this Agreement. If you do not wish to enter into this Agreement, do not purchase, access, use or otherwise download, install or use the Font Software.

The terms of this agreement will apply to any Paris Pro Typeface styles purchased by the Font User.

1.Definitions
"Font Software" - coded software that generates Paris Pro typeface designs when used with the appropriate hardware and software plus any and all other data including documentation provided with such software (the Font Software does not necessarily include all the representation and embodiments of the font as seen on the Font Owner's official website (www.moshik.net).)

"Licensed Unit" - an installation of the Font Software that allows up to
Five (5)
concurrent users to use it at a single geographic location. A single geographic location is in particular the site of your place of business. The geographic restriction does not apply to portable computers, tablets & smartphones if they are owned by the Font User.
"Typeface" - an artistic design of the Latin alphabet made by the Font Owner named Paris and Paris Pro typefaces.

2. Grant of License
2.1. Number of users. The Font Owner grants you a non-exclusive license to use the Font Software in a Licensed Unit for your own personal or business purposes according to the terms of this Agreement. If the number of users who use the Font Software exceeds those set forth in the definition of Licensed Unit above, then you must request the Font Owner or its authorized Distributors an appropriate license covering all users. An additional fee will be charged for this license extension.

2.2. Embedding. You may embed the Font Software in documents, websites, applications or devices either as a rasterized representation of the Font Software (e.g., a GIF or JPEG) or as a subset of the Font Software as long as the document, website, application or device is distributed in a secure format that permits only the viewing and printing but not the editing of the text.

2.3. Back-up. You may make back-up copies of the Font Software for archival purposes only, provided that you retain exclusive custody and control over such copies.

2.4. Service bureaus. You may take a digitized copy of the Font Software used in a particular document to a commercial printer or service bureau for outputting this particular document (this document must not be edited by the printer or service bureau). In the event of any modifications to the document or use of the Font Software for other purposes, the printer or service bureau must purchase its own Font Software licenses.

2.5. Copying. Except as granted in section 2.2. to 2.4. above, you may not copy the Font Software or allow third parties to copy the Font Software. Any copy of the Font Software must contain the same copyright, trademark, and other proprietary information as the originals.

2.6. Modifications. Except as granted in 2.2., you may not modify, adapt, translate, reverse engineer, decompile, disassemble, alter, or attempt to discover the source code of the Font Software. If you want to make modifications to the Font Software, you must obtain the prior written consent of the Font Owner.

3. Ownership
The Font Software and the Typeface, and all copies thereof, is protected by the United States Copyright Law, by the copyright and design laws of other nations, and by international treaties. Any copyright, trademark and other rights belong exclusively to the Font Owner, except as expressly provided in 2.1. You do not gain the ownership of the Font Software under this Agreement. The structure, organization, code and any additional proprietary information of the Font Software are trade secrets and know-how of the Font Owner, and you agree to treat them as such.

4. Transfer of License
Except as expressly provided herein, you may not give, share, rent, lease or sell the Font Software or parts of it to third parties without the explicit permission of the Font Owner. You explicitly agree to take all possible measures in order to prevent third parties, such as freelancers with whom you conduct business, from copying the Font Software.

5. Warranties
The Font Owner and its suppliers do not and cannot warrant the performance or results you may obtain by using the Font Software.
In no event will the Font Owner or its suppliers be liable to you for any consequential, incidental or special damages, including any lost profits or lost savings arising out the use or inability to use the Font Software, even if a Font Owner representative has been advised of the possibility of such damages, or for any claim by any third party. This

warranty does not affect any claims you might have against your retailer.

6. Governing Law
This Agreement will be governed by the laws of Israel. This agreement will not be governed by the United Nations Convention of Contracts for the International Sale of Goods, the application of which is expressly excluded. If any part of this agreement is found void and unenforceable, it will not affect the validity of the balance of the Agreement, which shall remain valid and enforceable according to its terms. This Agreement may only be modified in writing signed by an authorized officer of the Font Owner.

It should be clear that regarding typeface protection and infringement, the Font User agrees to be bound by the laws of Israel as well as the laws of other countries such as Germany which grant legal protection to typeface design in and of itself, by copyright and other laws, and regardless of the protection granted to the computer software it is embedded or coded in.

It should also be clear that even if the Typeface, in and of itself apart from the Font Software, is not being protected under U.S. copyright law, the user will respect its legal protection, and accordingly be liable for its infringement, under the laws of other countries such as Israel and Germany.

7. Further Limitations

Font User, or any other legal entity that has been exposed to the Font Software or to any of its graphical representations and/or embodiments via the Font User, its employees or any other party working with the Font User, Is NOT ALLOWED TO:

Design a new Font and/or Font Software and/or any other artistic work which is based upon the Font Software or its graphical representation and/or embodiments;

Design a new Font or any other artistic work which will infringe or violate the Font Software or any of its graphical representations and/or embodiments under the laws of Israel or under the laws of any other nation in the world.

Use the Font Software and/or any of its graphical representations and/or embodiments to design an article and/or product of mass production and/or a package for a commercial product and/or a piece of garment and/or any other wearable article which will include and/or embody a graphical representation of the Font Software or any other graphical representation made by the Font Software;

Use the Font Software and/or any of its graphical representations and/or embodiments to design a logo (i.e., a logotype/graphical representing symbol) and/or a commercial product or part of a product and/or any artistic work to any legal entity which has a logo registered as a trademark in the U.S. and/or has a logo registered as a trademark in more than two countries other than the U.S. and/or is listed as a public company in one or more of the stock exchange markets around the world and/or has an annual financial turnover of over $ 1,000,000 USD;

If the Font User would like to use the Font Software in a way which is limited by this agreement he should contact Moshik Nadav Typography and get a written approval for that specific use.

8. Termination
The Font Owner has the right to terminate your license immediately if you fail to comply with any term of this Agreement. Upon termination, you must destroy the original and any copies of the Font Software and Documentation.

9. General Provisions
You agree to inform all users who have access to the Font Software about the content of this Agreement and to make sure that they comply with all of its terms.