

December 11, 2017

**VIA ECF AND FEDEX 770957675200**
Hon. Alvin K. Hellerstein
United States District Court for the
Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007

Re: Moshik Nadav, et al. v. Beardwood & Co., 17-cv-06465 (AKH)

Dear Judge Hellerstein:

I represent Plaintiffs Moshik Nadav and Moshik Nadav Typography LLC ("Nadav") in the above referenced matter.

Nadav requests leave to submit a short Sur-Reply to reply to new issues raised in Defendant's Reply Memorandum (Dkt. #18). Attached please find a courtesy copy of Plaintiff's Sur-Reply electronically filed today with the Court (Dkt. #20). A courtesy copy this document has been sent to all counsel of record.

We thank the Court for its time and consideration to this matter.

Respectfully submitted,

RDG
_____
Roy D. Gross, Esq.

cc: Nicole Gueron (via email, without enclosure)
Courtney Milianes (via email, without enclosure)