USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/19/18

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MOSHIK NADAV, MOSHIK NADAV
TYPOGRAPHY, LLC,
                   Plaintiffs,

     -against-                                 17 CIVIL 6465 (AKH)

                                                    **JUDGMENT**

BEARDWOOD & CO. LLC,
                   Defendant.
-----------------------------------------------------------X

      Defendant having moved to dismiss the complaint, and the matter having come before the Honorable Alvin K. Hellerstein, United States District Judge, and the Court, on January 17, 2018, having rendered its Order dismissing Plaintiff's claim for copyright infringement with prejudice, and dismissing the state claim for breach of contract without prejudice to allow suit in the New York State Courts; and directing the clerk to enter judgement for the Defendant, dismiss the complaint, and tax costs as appropriate, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 17, 2018, Plaintiff's claim for copyright infringement is dismissed with prejudice, and the state claim for breach of contract is dismissed without prejudice to allow suit in the New York State Courts; accordingly, the case is dismissed.

**Dated:** New York, New York
         January 19, 2018

                                                        RUBY J. KRAJICK
                                                        _____
                                                           Clerk of Court
                                **BY:**
                                                           _____
                                                           **Deputy Clerk**